Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____Orlando_____ Division

| | |
|---|---|
| JEREMIAH RAY ADAMS ESTATE | Case No. 6:23-cv-316-WWB-DCI |

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)*

**-v-**

STATE OF FLORIDA DEPARTMENT OF REVENUE & Class Act

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEREMIAH RAY ADAMS ESTATE |
| Street Address | 306 LOQUAT ST |
| City and County | COCOA, BREVARD |
| State and Zip Code | FL, 32922 |
| Telephone Number | 321-480-8567 |
| E-mail Address | N/A |

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Defendant No. 1

    Name                              Mack, Shakira

    Job or Title *(if known)*        N/A

    Street Address               N/A

    City and County            ROCKLEDGE, BREAVARD

    State and Zip Code       FL, 32926

    Telephone Number        N/A

    E-mail Address *(if known)*     N/A

Defendant No. 2

    Name                              Hester, Dominique

    Job or Title *(if known)*        N/A

    Street Address               N/A

    City and County            COCOA, BREVARD

    State and Zip Code       FL, 32922

    Telephone Number        N/A

    E-mail Address *(if known)*     N/A

Defendant No. 3

    Name                              BREVARD COUNTY EIGHTEETH JUDICIAL CIRCUIT COURT

    Job or Title *(if known)*        GOVERNMENT AGENCIES

    Street Address               ~~2825 JUDGE JAMIESON WAY~~

    City and County            MELBOURNE, BREVARD

    State and Zip Code       FL, 32940

    Telephone Number        321-617-7224

    E-mail Address *(if known)*     N/A

Defendant No. 4

    Name                              STATE OF FLORIDA DEPARTMENT OF CHILDREN AND FAMI..

    Job or Title *(if known)*        GOVERNMENT AGENCIES

    Street Address               3895 SW 13TH

    City and County            OCALA

    State and Zip Code       FL, 34474

    Telephone Number        866-762-2237

    E-mail Address *(if known)*     N/A

Defendant No. 5

| | |
|---|---|
| Name | STATE OF FLORIDA DEPARTMENT OF REVENUE |
| Job or Title | GOVERNMENT AGENCIES |
| City and County | BREVARD COUNTY |
| State and Zip Code | FL |
| Telephone Number | N/A |
| E-mail Address | N/A |

Defendant No. 6

| | |
|---|---|
| Name | WANYE IVEY |
| Job or Title *(if known)* | SHERIFF |
| Street Address | 700 PARK AVE |
| City and County | TITUSVILLE, BREVARD |
| State and Zip Code | FL, 32780 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

2. If the plaintiff is a corporation

   The plaintiff, *(name)*    JEREMIAH RAY ADAMS TRUST ESTATE    , is incorporated

   under the laws of the State of *(name)*    U.S.A _____ ,

   and has its principal place of business in the State of *(name)* _____

   FLORIDA _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)*  Shakira Mack  &  Dominique Hester    , is a citizen of

   the State of *(name)*   Florida _____ . Or is a citizen of

   *(foreign nation)* _____ .

2. If the defendant is a corporation

   The defendant, *(name)*  FLORIDA DEPARTMENT OF REVENUE    , is incorporated under

   the laws of the State of *(name)*    U.S.A _____ , and has its

   principal place of business in the State of *(name)*   FLORIDA _____ .

   Or is incorporated under the laws of *(foreign nation)*    N/A _____ ,

   and has its principal place of business in *(name)*    N/A _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* _____ , at *(place)* _____ ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

see Standard form 95

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

see Standard form 95

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3 | 7 | 23

Signature of Plaintiff
Printed Name of Plaintiff     JEREMIAH RAY ADAMS ESTATE

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address