# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEREMIAH RAY ADAMS ESTATE,

        Plaintiff,

v.                                               Case No.: 6:23-cv-316-WWB-DCI

SHAKIRA MACK, DOMINIQUE HESTER, BREVARD COUNTY EIGHTEENTH JUDICIAL CIRCUIT COURT, STATE OF FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, STATE OF FLORIDA DEPARTMENT OF REVENUE and WAYNE IVEY,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On May 9, 2023, the Court entered an Order (Doc. 7) dismissing Plaintiff's Complaint (Doc. 1) without prejudice and ordering Plaintiff to file an amended pleading on or before May 23, 2023. (Doc. 7 at 2). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on July 17, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party